## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DONALD GILBERT "AND ALL OTHERS", | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| ANDREA LEE GILBERT, | ) ) |
| Counter-Plaintiff/Third-Party Plaintiff, | ) ) ) ) | No. 2:14-cv-02509-SHL-cgc |
| v. | ) ) |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) ) ) ) |
| Counter-Defendant, and | ) ) |
| WELLS FARGO BANK, N.A. f/k/a WELLS FARGO HOME MORTGAGE, INC., | ) ) ) |
| Third-Party Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Federal Home Loan Mortgage Corporation's ("Freddie Mac") Notice of Removal (ECF No. 1), filed July 1, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulations of Facts and Law filed by the parties on June 25, 2015 (ECF No. 82), Freddie Mac is entitled to judgment in its favor as to its unlawful detainer claim, subject to the parties' stipulations.  Therefore, possession of the property at 980 Jones Chapel Drive, Williston, Tenn. 38057, is hereby awarded to Freddie Mac.  The parties also stipulated to the dismissal, without

prejudice, of Freddie Mac's claim for back rent, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

June 25, 2015
Date